In The


Court of Appeals


Sixth Appellate District of Texas at Texarkana



______________________________



No. 06-02-00201-CR


______________________________





 PHILLIP WILKINSON, Appellant


V.



THE STATE OF TEXAS, Appellee




 


On Appeal from the 115th Judicial District Court


Marion County, Texas


Trial Court No. F12820




 




Before Morriss, C.J., Grant and Ross, JJ.


Opinion by Justice Ross



O P I N I O N



 Phillip Wilkinson has appealed from his conviction. His appointed attorney has sent
us a letter written by Wilkinson in which he asks his counsel to "back off" the appeal
because he is about to be released on parole. His counsel interprets this as a request to
withdraw the appeal and therefore has asked this Court to dismiss the appeal. The motion
is granted. See Tex. R. App. P. 42.2.

 The appeal is dismissed.


 Donald R. Ross

 Justice


Date Submitted: December 9, 2002

Date Decided: December 10, 2002


Do Not Publish



Justice


Date Submitted: February 19, 2003

Date Decided: March 11, 2003


Do Not Publish